# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:05CV444-MU

THOMAS E. GUST, et al.,                          )
                Plaintiffs,          )
                         )
        v.                                      )
                         )          ORDER
E. NORRIS TOLSON, et al.,                      )
                Defendants.         )
_____)

      THIS MATTER is before the Court upon the Plaintiffs' Motion for Service by United States Marshall. For good cause shown, the motion is GRANTED. The United States Marshall Service is directed to serve Plaintiffs' Summons and Verified Complaint on all defendants.

      IT IS SO ORDERED.

**Signed: November 9, 2005**

Graham C. Mullen
Chief United States District Judge