# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas E. Gust, et al.,

    Plaintiff(s),

vs.

E. Norris Tolson, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv444

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2006 Order.

May 8, 2006

FRANK G. JOHNS, CLERK

BY: *[signature]*
Cynthia Huntley, Deputy Clerk